AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MOHAMMAD JAVED IQBAL,

V.

MARY ANN GANTNER, Interim District Director, New York District, USCIS
PAUL E. NOVAK, Director, Vermont Service
ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00997

TO: (Name and address of Defendant)

(SEE THE ATTACHED SHEET)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NADI GANESAN VISWANATHAN
PRAVINCHANDRA J PATEL, P.C.
1270 Broadway, Suite 411, NY, NY 10001 (212-279-3230)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   1/29/2008   JAN 30 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 02/04/2008 |
| NAME OF SERVER (PRINT) NADI G. VISWANATHAN | TITLE ATTORNEY FOR THE PETITIONER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED ON THE U.S. ATTORNEY, 86 Chambers Street, New York, NY.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/04/2008
Date

Signature of Server
NADI G. VISWANATHAN, ESQ.
ATTORNEY FOR THE PETITIONER
PRAVINCHANDRA J. PATEL, P.C

Address of Server
1270 BROADWAY, #414
New York, NY-10001
Tel. 212-279-3230.

COPY RECEIVED
FEB 4 2008
U.S. ATTORNEY'S SDNY
A. Chan

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.