UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOHAMMAD JAVED IQBAL,                  :
                                       :
            Plaintiff,             :      **ECF CASE**
                                       :
    v.                               :
                                       :      08 Civ. 00997 (DC)
MARY ANN GANTNER, et al.,              :
                                       :
            Defendants.            :      <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         February 13, 2008

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York

                                  By:    /s/_____
                                                KIRTI VAIDYA REDDY
                                                Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Telephone: (212) 637-2751
                                                Facsimile: (212) 637-2786
                                                Email: kirti.reddy@usdoj.gov

To:    Nadi Ganesan Viswanathan, Esq.
        1270 Broadway, Suite 411
        New York, NY 10001