**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

MOHAMMAD JAVED IQBAL,

        Plaintiff,

  -against-

MARY ANN GANTER, Interim District Director,
New York District, U.S. Citizenship & Immigration
Services; PAUL E. NOVAK, Director, Vermont Service
Center, U.S. Citizenship & Immigration Services;
EMILIO T. GONZALEZ, Director, U.S. Citizenship &
Immigration Services; MICHAEL CHERTOFF, Secretary,
Department of Homeland Security; MICHAEL B.
MUKASEY, Attorney General, Department of Justice;
ROBERT S. MUELLER, III, Director, Federal Bureau
of Investigation

        Defendants.

------------------------------------------------x

<u>STIPULATION AND ORDER</u>

08 Civ. 00997 (DC)

A# 93 109 879

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      June 18th, 2008

By: _____
NADI GANESAN VISWANATHAN
Attorney for Plaintiff
Pravinchandra J. Patel, P.C.
1270 Broadway, Suite 411
New York, NY 10001
Telephone No.: (212) 279-3230
Fax Number: (212) 279-3280

REC'D JUN 23 2008
JUDGE CHIN CHAMBERS

Dated: New York, New York
June 19, 2008

                    MICHAEL J. GARCIA
                    United States Attorney for the
                    Southern District of New York
                    Attorney for Defendants

By: _____
      KIRTI VAIDYA REDDY
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      Telephone No.: (212) 637-2751
      Fax Number: (212) 637-2786

SO ORDERED:

_____
USDJ

6/24/08